# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

William Raphael,

    Plaintiff,

v.

Marcos Gomez, et al.,

    Defendants.

Case No. 2:25-cv-01338-NJK[1]

**Order**

[Docket Nos. 11, 15, 18]

Pending before the Court is Defendants' motion to dismiss the first amended complaint. Docket No. 11. Also pending before the Court is Plaintiff's second amended complaint, which was filed without seeking leave. Docket No. 15. Also pending before the Court is Plaintiff's motion to file late opposition. Docket No. 18.

Plaintiff is advised that he is no longer free to amend the complaint as a matter of course. *See* Fed. R. Civ. P. 15(a) (allowing amendment as a matter of course "once"). Simply filing the second amended complaint was not proper and any further desire to amend must be accompanied by a proper request seeking leave. Nonetheless, Defendants have indicated that they consent to the filing of the second amended complaint. *See* Docket No. 21 at 2-3. In light of that consent, the second amended complaint (Docket No. 15) will be treated as Plaintiff's operative pleading.

Given the above, Defendant's motion to dismiss (Docket No. 11) is **DENIED** as moot. Plaintiff's motion to file late opposition (Docket No. 18) is also **DENIED** as moot.

IT IS SO ORDERED.

Dated: September 17, 2025

Nancy J. Koppe
United States Magistrate Judge

---

[1] This case is referred to the undersigned magistrate judge on consent. Docket Nos. 3, 4.

1