# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

William Raphael,

    Plaintiff(s),

v.

Marcos Gomez, et al.,

    Defendant(s).

Case No. 2:25-cv-01338-NJK[1]

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by December 10, 2025.

IT IS SO ORDERED.

Dated: November 26, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This case is referred to the undersigned magistrate judge on consent. Docket Nos. 3, 4.

1